CORA GIBERSON, Respondent, *v.* BUFFALO, ROCHESTER AND PITTSBURGH RAILWAY COMPANY, Appellant.

JOHN W. GIBERSON, Respondent, *v.* BUFFALO, ROCHESTER AND PITTSBURGH RAILWAY COMPANY, Appellant. (Actions 1 and 2.)

(Argued October 24, 1929; decided November 19, 1929.)

*James Mann* for appellant.
*George S. Van Schaick* for respondents.

Judgments in each action affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.